CHARLES A. JOSLYN, as Administrator, etc., Appellant, *v.* IDA G. RAYMOND et al., as Administrators, etc., Respondents.

Mem. of decision below, 40 Hun, 633.
(Argued October 8, 1895; decided October 22, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made April 17, 1886, which affirmed a judgment in favor of defendant entered upon the report of a referee.

*John B. Abbott* for appellant.

*S. D. Bentley* for respondent.

Judgment affirmed, with costs; no opinion.

All concur except HAIGHT, J., not sitting.